Omero Banuelos, Esq. (SBN 228267)
415 W. Foothill Blvd. Suite 202
Claremont CA 91711
Telephone:  (626) 233-7027
omero@banuelos-law.com

Attorneys for Susan Marron and Four2Nada, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUTIONS, LLC<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>VENTURA SEEDS COMPANY, LLC<br><br>　　　　　　　　Defendants. | Case No. 2:21-mc-00240-TLN-AC<br><br>**STIPULATION TO CONTINUE EXAMINATION RE: ENFORCEMENT OF JUDGMENT** |

1
STIPULATION

Whereas, third parties Susan Marron and Four2Nada, Inc. are seeking a protective order and the parties are resolving discovery issues, Susan Marron, Four2Nada, Inc. and Colutions, LLC, through their respective attorneys of record herein and without waiving any rights, claims, or defenses, hereby stipulate that Examinations Re: Enforcement of Judgment scheduled for November 17, 2021 at 10:00 a.m. will be continued to December 15, 2021 at 10:00 a.m.

Dated: November 17, 2021

By: /s/Omero Banuelos
Omero Banuelos
Attorney for Susan Marron and Four2Nada, Inc.

Dated: November 17, 2021

By: /s/Bradley D. Blakeley
Bradley D. Blakeley
Attorney for Colutions, LLC

**ORDER**

      The stipulation is approved. The examination of Susan Marron is continued to December 15, 2021 at 10:00 a.m.

Dated: November 17, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE