UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUTIONS, LLC, | No. 2:21-mc-00240 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| VENTURA SEED COMPANY, et al., | |
| Defendants. | |

      This case is before the undersigned on a motion to enforce judgment. ECF No. 2. On December 14, 2021, defendants notified the court that an Involuntary Chapter 7 bankruptcy petition for defendant Ventura Seed Company, LLC was pending with the Central District of California, Bankruptcy Court, Santa Barbara Division. ECF No. 16. This case was accordingly stayed, with an order that the parties must file a joint status report every 90 days until the bankruptcy stay is lifted. ECF No. 18. The first 90-day deadline was March 15, 2022, and no statement was filed.

      Good cause appearing, the parties are ORDERED to show cause in writing no later than March 25, 2022, why sanctions should not issue for failure to comply with this court's order. Filing a joint status report within this timeframe will discharge this order.

      IT IS SO ORDERED.

DATED: March 17, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE