UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUTIONS, LLC, | No. 2:21-mc-00240 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| VENTURA SEED COMPANY, et al., | |
| Defendants. | |

This case is before the undersigned on a motion to enforce judgment. ECF No. 2. On December 14, 2021, defendants notified the court that an Involuntary Chapter 7 bankruptcy petition for defendant Ventura Seed Company, LLC was pending with the Central District of California, Bankruptcy Court, Santa Barbara Division. ECF No. 16. This case was accordingly stayed, with an order that the parties must file a joint status report every 90 days until the bankruptcy stay is lifted. ECF No. 18. The first 90-day deadline was March 15, 2022, and no statement was filed. Following an order to show cause (ECF No. 19), the parties filed a joint status report indicating that the bankruptcy case had been resolved and that another case involving all parties had been filed, and the parties were meeting and conferring regarding the impact on the debtors' exam in this case. ECF No. 20.

There is currently no judgment debtors' examination set on the calendar in this case. The parties are hereby ORDERED to either request a date for a judgment debtors' examination by May 27, 2022 or notify the court that the request for a judgment debtors' examination is

withdrawn.  Failure to make a filing will result in the request for a judgment debtors' examination being vacated.

      IT IS SO ORDERED.

DATED: May 3, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE